UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL SHUKUR ABDULRAZAK,<br><br>Petitioner,<br><br>v.<br><br>DEAN BORDERS, WARDEN,<br><br>Respondent. | No. 2:19-cv-0127 JAM DB P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 13, 2020, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 25). Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued November 13, 2020 (ECF No. 25), are ADOPTED in full;

1

    2. Respondent's motion to dismiss for failure to exhaust (ECF No. 17) is GRANTED pursuant to 28 U.S.C. § 2254(b)(1)(A), and

    3. The court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: December 30, 2020          /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE